No. 95–354. O'CONNOR *v.* CONSOLIDATED COIN CATERERS CORP. C. A. 4th Cir. [Certiorari granted, *ante*, p. 973.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–7076 (A–516). IN RE WAPNICK. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied. Petition for writ of mandamus denied.

No. 95–6848. IN RE HACKETT. Petition for writ of mandamus and/or prohibition denied.

No. 94–1537. RICHARDS, FKA MORGAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 94–1747. ROSSMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 94–1868. NORTH CAROLINA POWER *v.* NORTH CAROLINA UTILITIES COMMISSION. Sup. Ct. N. C. Certiorari denied.

No. 95–466. BENNETT ET AL. *v.* UNITED STATES;
No. 95–801. BARONA ET AL. *v.* UNITED STATES (two judgments); and
No. 95–6433. McCARVER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–534. LUNDMAN, TRUSTEE FOR THE NEXT OF KIN OF LUNDMAN, DECEASED *v.* FIRST CHURCH OF CHRIST, SCIENTIST, ET AL. Ct. App. Minn. Certiorari denied.

No. 95–622. GURDON ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF RIVERHEAD SAVINGS BANK, FSB, ET AL. C. A. 2d Cir. Certiorari denied.